# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONALD S. DEMUS & DAWN C. DEMUS   Case Number: 05-76130
308 E. MAIN STREET   SSN-xxx-xx-4701 & xxx-xx-7979
DURAND, IL  61024

|  |  |
|---|---|
| Case filed on: | 10/11/2005 |
| Plan Confirmed on: | 3/3/2006 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,220.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,085.00 | 2,085.00 | 2,085.00 | 0.00 |
|  | Total Legal | 2,085.00 | 2,085.00 | 2,085.00 | 0.00 |
| 999 | DONALD S. DEMUS | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DURAND STATE BANK | 1,271.00 | 1,271.00 | 1,271.00 | 59.43 |
| 003 | M&I MARSHALL & ILSLEY BANK | 7,281.00 | 7,281.00 | 7,281.00 | 340.34 |
|  | Total Secured | 8,552.00 | 8,552.00 | 8,552.00 | 399.77 |
| 004 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 2,448.42 | 2,448.42 | 2,340.31 | 0.00 |
| 006 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 8,904.49 | 8,904.49 | 8,511.31 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 4,643.38 | 4,643.38 | 4,438.35 | 0.00 |
|  | Total Unsecured | 15,996.29 | 15,996.29 | 15,289.97 | 0.00 |
|  | Grand Total: | 26,633.29 | 26,633.29 | 25,946.97 | 399.77 |

Total Paid Claimant:    $26,346.74
Trustee Allowance:      $1,873.26
Percent Paid Unsecured:    95.58

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan